# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Facility Site Contractors, Inc. | )　ASBCA Nos. 58656, 58657 |
| | ) |
| Under Contract No. H98230-10-D-0365 | ) |

APPEARANCES FOR THE APPELLANT:　　Michael J. Pappas, Esq.
　　　　　　　　　　　　　　　　　　Joseph G. Billings, Esq.
　　　　　　　　　　　　　　　　　　　Miles & Stockbridge P.C.
　　　　　　　　　　　　　　　　　　　Baltimore, MD

　　　　　　　　　　　　　　　　　　Daniel S. Koch, Esq.
　　　　　　　　　　　　　　　　　　　Miles & Stockbridge P.C.
　　　　　　　　　　　　　　　　　　　Rockville, MD

APPEARANCES FOR THE GOVERNMENT　　Tiesha Anthony, Esq.
　　　　　　　　　　　　　　　　　　　Deputy General Counsel
　　　　　　　　　　　　　　　　　　Troy D. Smith, Esq.
　　　　　　　　　　　　　　　　　　Elizabeth S. Morris, Esq.
　　　　　　　　　　　　　　　　　　Joellie Sanchez, Esq.
　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　National Security Agency
　　　　　　　　　　　　　　　　　　　Fort George G. Meade, MD

## ORDER OF DISMISSAL

The parties have settled these appeals and request that the appeals be dismissed with prejudice. Accordingly, ASBCA Nos. 58656 and 58657 are dismissed with prejudice.

Dated: 10 June 2014

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58656, 58657, Appeals of Facility Site Contractors, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals